

**NORTH CAROLINA WESTERN**
MEMORANDUM

**Date:** 5/19/2014

**To:** The Honorable Robert J. Conrad, Jr.
United States District Judge

**From:** Jerusha N. Marsh
United States Probation Officer

**Subject:** MEJIA, Melody
Docket No.: 3:11CR3-12
**REQUEST TO DESTROY SEIZED PROPERTY**

FILED
CHARLOTTE, NC

JUN 0 4 2014

US District Court
Western District of NC

---

On 8/1/2013, the defendant was sentenced pursuant to a conviction for Conspiracy to Distribute and Possess with Intent to Distribute at least 5 kg cocaine, Conspiracy to Distribute and Possess with Intent to Distribute marijuana and Hobbs Act – Attempted Interference with commerce by Threats or Violence and Aiding and Abetting the Same. She was sentenced to TIME SERVED, followed by a total of five (5) years supervised release. Ms. Mejia's term of supervised release commenced on 8/1/2013. The following item was seized from the defendant during her term of supervision: a double-sided switch blade knife. The defendant's term of supervised release was revoked on 12/12/2013, and she was ordered to serve 9 months' imprisonment with no supervised release to follow. At the conclusion of the Revocation Hearing, Your Honor allowed the probation office to return the seized knife to its rightful owner, Eric LNU, who testified at the hearing. However, he has never contacted the probation office to claim the knife and our office has no way of locating him. For these reasons, it is respectfully requested that Your Honor authorize the destruction of the aforementioned item.

IT IS THEREFORE ORDERED that the Probation Office for the Western District of North Carolina, Charlotte Division, is authorized to destroy the seized property noted above.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704/350-7679, should you have any questions.

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

_____  _____6.29.14_____
Signature of Judicial Officer           Date